Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOHN DAVID KAMIN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| JOHN DAVID KAMIN, | Case No. 3:12-CV-01693-EMC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | Fed. R. Civ. P. 41(a)(1) |
| ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOHN DAVID KAMIN, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOHN DAVID KAMIN, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

- 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER      Case No. 3:12-CV-01693-EMC

Dated: December 20, 2012                    /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
                                            Attorney for Plaintiff
                                            JOHN DAVID KAMIN

Dated: December 20, 2012                    /s/ William S. Weisberg
                                            William S. Weisberg, Esq.
                                            Attorney for Defendant
                                            ABC LEGAL SERVICES, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____1/10/13_____               _____
                                            M. Chen
                                            
IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. 3:12-CV-01693-EMC